1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDDIE MILLS,                           No.  2:18-cv-0256 KJN P

12                  Petitioner,

13        v.                                 ORDER

14   ANDRE MATAVOUSIAN,

15                  Respondent.

16

17        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2241.  In his application, petitioner challenges a policy of

19   classification for law library usage at Atwater U.S. Penitentiary, in Merced County.  Because

20   petitioner challenges a condition of confinement, rather than the execution of his sentence, the

21   undersigned construes this action as a Bivens action.  See Bivens v. Six Unknown Named Agents

22   of Federal Bureau of Narcotics, 402 U.S. 388 (1971); see also Sanders v. Matevousian, 2017 WL

23   6209380 (E.D. Cal. 2017) (discussing differences between a habeas petition brought pursuant to

24   28 U.S.C. § 2241 and a Bivens action).

25        The alleged violations took place in Merced County, which is part of the Fresno Division

26   of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

27        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

28   division of a court may, on the court's own motion, be transferred to the proper division of the

                                              1

court.  Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court

Eastern District of California

2500 Tulare Street

Fresno, CA 93721

Dated:  February 14, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mill0256.109